NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**AVAYA INC., DELL INC., SONY CORPORATION OF AMERICA, HEWLETT-PACKARD CO.,**
*Appellants*

**v.**

**NETWORK-1 TECHNOLOGIES, INC. (formerly known as NETWORK-1 SECURITY SOLUTIONS, INC.),**
*Appellee*

———————————

2014-1782, 2014-1783, 2014-1784, 2014-1785

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00071, IPR2013-00385, IPR2013-00495.

———————————

## JUDGMENT

———————————

JEFFREY SANOK, Crowell & Moring, LLP, Washington, DC, argued for all appellants. Appellant Avaya Inc. also represented by BRIAN M. KOIDE; SCOTT BITTMAN, New York, NY; JONATHAN M. LINDSAY, Irvine, CA.

THOMAS M. DUNHAM, Winston & Strawn LLP, Washington, DC, for appellant Dell Inc. Also represented by

JAMES MICHAEL WOODS; KIMBALL RICHARD ANDERSON, Chicago, IL; MICHAEL J. SCHEER, New York, NY.

LIONEL M. LAVENUE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, for appellant Sony Corporation of America. Also represented by DANIEL CRAIG COOLEY.

ROBERT J. WALTERS, Paul Hastings LLP, Washington, DC, for appellant Hewlett-Packard Co. Also represented by DAVID HENRY DOLKAS, McDermott, Will & Emery LLP, Menlo Park, CA.

GREGORY S. DOVEL, Dovel & Luner, LLP, Santa Monica, CA, argued for appellee. Also represented by SEAN LUNER.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


August 10, 2015                    /s/ Daniel E. O'Toole
    Date                          Daniel E. O'Toole
                                  Clerk of Court